IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROSEMARIE LINDSEY,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**ST. MARY MEDICAL CENTER,**<br>　　　　**Defendant.** | **CIVIL ACTION**<br><br>**NO.  14-4265** |

## O R D E R

**AND NOW**, this 7th day of March, 2016, upon consideration of Defendant St. Mary Medical Center's Motion for Summary Judgment [ECF. No. 41], the Plaintiff's Response in Opposition thereto [ECF No. 42], and the Defendant's Reply [ECF No. 44], **IT IS ORDERED** that the motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**